UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                )
                                                      )
WILLCO X DEVELOPMENT, LLLP            )    Case No.
a Colorado Limited Liability Limited          )    Chapter 11
Partnership d/b/a Hilton Garden Inn         )
of Thornton                                        )
EIN 81-3389932                                   )
                                                      )
Debtor.                                             )

## CERTIFICATE OF CORPORATE RESOLUTION

This is to certify that I, William G. Albrecht, Manager of Spirit Hospitality, LLC, General Partner of Willco X Development, LLLP, d/b/a Hilton Garden Inn of Thornton ("LLLP"), am authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary schedules and other documents and schedules accompanying the same on behalf of the LLC;

The LLLP is authorized to retain the law firm of Weinman & Associates, P.C., as counsel in connection with the foregoing; and

I am authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf Willco X Development, LLLP.

Dated: 9/22/20

Willco X Development, LLLP
A Colorado Limited Liability Limited Partnership

_____
William G. Albrecht, Manager of Spirit Hospitality, LLC, General Partner of Willco X Development, LLLP