Fill in this information to identify the case:

Debtor name: Willco X Development, LLLP
United States Bankruptcy Court for the: DISTRICT OF COLORADO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&S Painting
4324 Winterstone Drive
Fort Collins, CO 80525 | | Vendor | | | | $36,840.00 |
| Alliance Electric, Inc.
P.O. Box 271132
Fort Collins, CO 80527 | | Vendor | | | | $72,129.27 |
| Audiomatrix, Inc.
204 S. College Drive Suite A1
Cheyenne, WY 82007 | | Vendor | | | | $74,255.14 |
| Blueprint RF
Department 880349
P.O. Box 29650
Phoenix, AZ 85038 | | Vendor | | | | $24,292.71 |
| C&T Design and Equipment Company, Inc.
2750 Tobey Drive
Indianapolis, IN 46219 | | Vendor | | | | $88,508.86 |
| Clean Designs
2800 South Oak Street
Denver, CO 80227 | | Vendor | | | | $18,482.80 |
| Dakcomm Solutions, Inc.
23 Sixth Avenue SW Suite F
Aberdeen, SD 57401 | | Vendor | | | | $53,304.60 |
| Genterro
1645 Grant Street
Suite 200
Denver, CO 80203 | | Vendor | | | | $134,627.47 |

Debtor    **Willco X Development, LLLP**                                  Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hilton** <br> 4649 Paysphere Circle <br> Chicago, IL 60674 | | | | | | $109,892.48 |
| **Independent Bank** <br> P.O. Box 3035 <br> McKinney, TX 75070 | | | | | | $73,260.08 |
| **Ingram Micro** <br> FAO Samsung <br> P.O. Box 775833 <br> Chicago, IL 60677 | | Vendor | | | | $46,880.80 |
| **Moore Insulation Co., Inc.** <br> 521 East 1st Street <br> Cheyenne, WY 82007 | | Vendor | | | | $19,573.80 |
| **Poudre Valley Air** <br> 2416 Donella Court <br> Fort Collins, CO 80524 | | Vendor | | | | $181,375.00 |
| **Schindler Elevator Corporation** <br> P.O. Box 70433 <br> Chicago, IL 60673 | | Vendor | | | | $32,212.00 |
| **Sigcom Signature Communications, Inc.** <br> 4412 W. Eisenhower Blvd. <br> Loveland, CO 80537 | | Vendor | | | | $32,333.59 |
| **Soto's Drywall, LLC** <br> 578 Mount Evans St. <br> Longmont, CO 80504 | | Vendor | | | | $59,036.90 |
| **Sport & Fitness, Inc.** <br> 1409 Pikes Peak Avenue <br> Fort Collins, CO 80524 | | Vendor | | | | $24,647.09 |
| **The Light Center** <br> 2725 South College <br> Fort Collins, CO 80525 | | Vendor | | | | $27,455.94 |
| **US Foods** <br> Department 597 <br> Denver, CO 80271 | | Vendor | | | | $30,756.28 |
| **Winnelson** <br> 1616 Riverside Drive <br> Fort Collins, CO 80524 | | Vendor | | | | $44,179.32 |