# United States Bankruptcy Court
## District of Colorado

In re __Willco X Development, LLLP_____  
Debtor(s)

Case No. _____  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 4x4, LLC<br>1405 42nd Avenue<br>Greeley, CO 80634 | | | 1.772470 |
| Albrecht, Luella<br>1414 Lesseps Street<br>Shreveport, LA 71107 | | | 0.886241 |
| American Estate & Trust, LLC<br>6900 Westclifff Drive<br>Suite 603<br>Las Vegas, NV 89145 | | | 0.881207 |
| Basin Properties, LLC<br>3814 Cheyenne Drive<br>Greeley, CO 80634 | | | 0.886230 |
| Between the Sheets, LLC<br>9119 Naplli Court<br>#102<br>Naples, FL 34113 | | | 4.431016 |
| Butterfield, Alan<br>6519 Bluffmount Point<br>Colorado Springs, CO 80923 | | | 4.431016 |
| Cheyenne Ridge Investments, LLC<br>3814 Cheyenne Drive<br>Greeley, CO 80634 | | | 0.886230 |
| Circle H Investments, LLC<br>1195 Turquoise Drive<br>Longmont, CO 80504 | | | 4.431016 |
| Fobo, LLC<br>191 University Blvd.<br>Suite 516<br>Denver, CO 80206 | | | 4.431016 |
| Harris, Paul L.<br>2477 Wilderness Lane<br>Fayetteville, AR 72703 | | | 4.431016 |
| Henry, Kathleen<br>1172 Spanish Oak Court<br>Fort Collins, CO 80525 | | | 0.882009 |

In re:  **Willco X Development, LLLP**                              Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Holiday Travelers V** <br> 5412 Vardon Way <br> Fort Collins, CO 80528 | | | 4.431016 |
| **Home Away From Home, LLC** <br> 1033 Arkansas Court <br> Windsor, CO 80550 | | | 0.886241 |
| **Johnson Family Trust** <br> 2201 Ponderosa Drive <br> Loveland, CO 80538 | | | 0.886241 |
| **Jorgenson, Ann** <br> 914 Logan Court <br> Loveland, CO 80538 | | | 4.413544 |
| **Kluge, Michael and Marl** <br> 4904 Haystack Drive <br> Windsor, CO 80550 | | | 0.886241 |
| **Lund Family Trust** <br> 2954 Red Arrow Drive <br> Las Vegas, NV 89135 | | | 8.877340 |
| **Mabry, G.C.** <br> 6763 Spanish Bay Drive <br> Windsor, CO 80550 | | | 0.000000 |
| **Midou Enterprises USA, Inc.** <br> 1003 Bishop Street <br> Suite 1700 <br> Honolulu, HI 96813 | | | 4.431170 |
| **Mueller, Robert and Debra** <br> 26 Denali Court <br> Barrington, IL 60010 | | | 4.431016 |
| **New Direction IRA** <br> FBO Michelle Fosse <br> 1070 W. Century Drive <br> Suite 101 <br> Louisville, CO 80027 | | | 0.886241 |
| **New Direction IRA** <br> FBO Danny Herron <br> 1070 W. Century Drive <br> Suite 101 <br> Louisville, CO 80027 | | | 4.431016 |

In re: **Willco X Development, LLLP**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peel, William and Susa**<br>2105 S. 189th Circle<br>Omaha, NE 68130 | | | 4.431016 |
| **PFI Properties I , LLC**<br>2402 Sunset Lane<br>Greeley, CO 80634 | | | 4.431016 |
| **Rocky Mountain Beach Holdings**<br>1212 Chicadee Court<br>Fort Collins, CO 80525 | | | 0.881592 |
| **SAK Family Trust**<br>11850 W. Lone Tree Trail<br>Peoria, AZ 85383 | | | 0.000000 |
| **Schwartz, Dan**<br>P.O. Box 271309<br>Fort Collins, CO 80527 | | | 4.431016 |
| **Spirit Hospitality, LLC**<br>4836 S. College Avenue<br>Suite 11<br>Fort Collins, CO 80525 | | | 0.750372 |
| **Stolz Capital**<br>7486 East Nestling Way<br>Scottsdale, AZ 85255 | | | 4.431016 |
| **Stone Mountain Investments, LLC**<br>1195 Turquoise Drive<br>Longmont, CO 80504 | | | 0.886230 |
| **Stucco Rite, Inc.**<br>760 N. 71st Avenue<br>Greeley, CO 80634 | | | 0.886230 |
| **TCDRN**<br>5402 Augusta Trail<br>Fort Collins, CO 80528 | | | 0.881163 |
| **Van Dewar Recovable Trust**<br>9290 East Thompson Peak Pkwy<br>#212<br>Scottsdale, AZ 85255 | | | 4.431016 |

In re: **Willco X Development, LLLP**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wabco, LLC<br>4836 S. College Avenue<br>Suite 11<br>Fort Collins, CO 80525 | | | 0.886230 |
| William Scott Investments, LLC<br>3979 Greenside Lane<br>Timnath, CO 80547 | | | 8.877340 |
| Youngers, Keith and Andrea<br>523 Trailwood Circle<br>Fort Collins, CO 80527 | | | 0.886230 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Spirit Hospitality, LLC, General Partner of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 29, 2020**　　　　　　　Signature **/s/ William G. Albrecht, Manager of**
　　　　　　　　　　　　　　　　　　　　　William G. Albrecht, Manager of *Spirit Hospitality, LLC*
　　　　　　　　　　　　　　　　　　　　　*General Partner of Debtor*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.