UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| WILLCO X DEVELOPMENT, LLLP ) | Case No. 20-16438 JGR |
| a Colorado Limited Liability Limited ) | Chapter 11 |
| Partnership d/b/a Hilton Garden Inn ) | |
| of Thornton ) | |
| EIN 81-3389932 ) | |
| ) | |
| Debtor. ) | |

### DISCLOSURE REGARDING RECEIVERS

In a Chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]     No receiver is in possession of Debtor's property.


DATED: 9/29/20                     Respectfully Submitted,
                                   WEINMAN & ASSOCIATES, P.C.



                                   By: /s/ *Jeffrey A. Weinman*
                                       Jeffrey A. Weinman, #7605
                                       730 17th Street, Suite 240
                                       Denver, CO 80202-3506
                                       Telephone: (303) 572-1010
                                       Facsimile: (303) 572-1011
                                       jweinman@weinmanpc.com