**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Willco X Development, LLLP,<br>a Colorado Limited Liability Limited Partnership d/b/a Hilton Garden Inn of Thornton,<br>EIN 81-3389932<br><br>      Debtor. | Case No. 20-16438-TBM<br><br>Chapter 11 |

**ORDER APPROVING STIPULATION BETWEEN REORGANIZED DEBTOR AND BRINKMAN LAW GROUP, PC REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BRINKMAN LAW GROUP, PC**

  THIS MATTER having come before this Court upon the *Stipulation Between Reorganized Debtor and Brinkman Law Group, PC Regarding First and Final Application for Compensation and Reimbursement of Expenses of Brinkman Law Group, P.C.* ("**Stipulation**"); the Court having reviewed the Stipulation and its file with respect to this matter; and no party in interest having objected or responded thereto; the Court hereby

  ORDERS that the Stipulation is APPROVED, and

  FURTHER ORDERS that the *First and Final Application for Compensation and Reimbursement of Expenses of Brinkman Law Group, PC* [Dkt. No. 276] is hereby deemed amended to reduce the total compensation sought by $10,000, to the total amount of $57,506.75.

DATED:_____    BY THE COURT:

                    _____
                    Thomas B. McNamara, U.S. Bankruptcy Judge